UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
THEODORA TARVER,

        Appellant,

  -against-

SALLIE MAE,

        Appellee.
------------------------------------------------------X

NOT FOR PUBLICATION
ORDER

09 CV 2244 (CBA)

AMON, United States District Judge:

This Court has before it a bankruptcy appeal filed by appellant Theodora Tarver, pro se. Appellant filed the notice of appeal on May 28, 2009, and on June 24, 2009, this Court issued an Order setting forth a briefing schedule for the appeal. According to the Order, appellant was to file and serve her brief by July 20, 2009. Appellant has filed no papers.

On November 10, 2009, appellees filed a motion to dismiss the appeal for appellant's failure to file a brief according to the briefing schedule. Appellant has until Wednesday, November 25, 2009 to file her brief with the Court, or the appeal shall be dismissed.

SO ORDERED.

Dated: Brooklyn, New York
      November 12, 2009

                            /S/
                       Carol Bagley Amon
                      United States District Judge